1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10  VERONIKA H.,[1]                          Case No. 2:23-cv-08892-SSC

11                        Plaintiff,

12              v.                           **JUDGMENT**

13  MARTIN J. O'MALLEY,[2]

14  Commissioner of Social Security,

15                        Defendant.

16
17
18
19

20      IT IS HEREBY ADJUDGED that the decision of the

21  Commissioner of the Social Security Administration is affirmed,

22
23
24
25
26
27
28

---

[1] Plaintiff's name is partially redacted in accordance with Rule
5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the
recommendation of the Committee on Court Administration and Case
Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with
the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

consistent with the Memorandum and Order filed concurrently herewith.

DATED:  November 1, 2024

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE